# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**KAREN MARTIN**                                                                **PLAINTIFF**

**VS.**                                                           **1:07CV91-SA-JAD**

**PEPSIAMERICAS, INC.**                                       **DEFENDANT**

## ORDER DENYING SUMMARY JUDGMENT

Pursuant to an opinion issued on this day, the Defendant's Motion for Summary Judgment [51] is **DENIED**. However, if Plaintiff succeeds at trial, the Plaintiff's damages will be offset by an amount to be determined at a later date. Also, her damages will be limited to back pay for a period of two years.

So **ORDERED** this, the 28th day of October, 2008.

                                                   **/s/ Sharion Aycock**_____
                                                  **U.S. DISTRICT COURT JUDGE**