**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**KAREN MARTIN**                                                                     **PLAINTIFF**

**VS.**                                                                          **1:07CV91-SA-JAD**

**PEPSIAMERICAS, INC.**                                                **DEFENDANT**

**ORDER**

Pursuant to an opinion issued on this day, the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [82] is **GRANTED**, and this case is closed.

Accordingly, Plaintiff's Motion in Limine [94] and Defendant's Motion for an Extension of Time [98] are denied as moot.

Further, the Court withdraws the portions of its earlier opinions addressing the appropriate statute of limitations to be applied to Plaintiff's claim [67], whether Defendant is entitled to a set-off [67], and the amount of the set-off [77].

So **ORDERED** this, the 3rd day of December, 2009.

                                                           **/s/ Sharion Aycock**
                                                           **U.S. DISTRICT COURT JUDGE**